1  PRISON LAW OFFICE
   Donald Specter, Bar No. 83925
2  Anne Mania, Bar No. 218766
   General Delivery
3  San Quentin, CA 94964
   Telephone (415) 457-9144
4
   ROSEN, BIEN & ASARO, LLP
5  Michael W. Bien, Bar No. 096891
   Amy Whelan, Bar No. 215675
6  155 Montgomery Street, 8th Floor
   San Francisco, California 94104
7  Telephone (415) 433-6830

8  Robert Navarro, Bar No. 128461
   P.O. Box 8493
9  Fresno, CA 93747
   Telephone: (559) 452-0934
10
11 Attorneys for Plaintiff LISA WILLIAMS

12

13              UNITED STATES DISTRICT COURT

14              EASTERN DISTRICT OF CALIFORNIA

15

16 LISA WILLIAMS,                        Case No. CV-F-01-6003 REC DLB

17                Plaintiff,
                                         **JOINT STIPULATION FOR
18 vs.                                   DISMISSAL PURSUANT TO FEDERAL
                                         RULE OF CIVIL PROCEDURE 41**
19 ROBERT BOWMAN; CAL A. TERHUNE,
   Former Director of the California Department
20 of Corrections; SUSANN J. STEINBERG,
   M.D., Deputy Director of the California
21 Department of Corrections Health Care
   Division; RAYMOND L. MIDDLETON,
22 Former Warden of Valley State Prison for
   Women; and JEAN HOWARD, M.D., and
23 JOLLY R. JACINTO, M.D., Chief Medical
   Officers at Valley State Prison for Women, in
24 their individual capacities,

25                Defendants

26

27

28

H:\823\1\Pleading\Stip of Dismissal, 9-    STIPULATION OF DISMISSAL
26-03, 823-1.doc

1  IT IS HEREBY STIPULATED by and between Plaintiff LISA WILLIAMS and
2  Defendants CAL A. TERHUNE, SUSANN J. STEINBERG, RAYMOND L. MIDDLETON,
3  JEAN HOWARD AND JOLLY R. JACINTO, through their designated counsel, that the
4  above-captioned action be and hereby is dismissed with prejudice pursuant to the Federal
5  Rules of Civil Procedure, Rule 41(a)(1).

Dated: October 7, 2003

ROSEN, BIEN & ASARO, LLP

By: _____
MICHAEL W. BIEN
Attorneys for Plaintiff LISA WILLIAMS

Dated: October 13, 2003

By: _____
DAVID CARRASCO
Attorney General's Office

Attorneys for Defendants
CAL A. TERHUNE,
SUSANN J. STEINBERG,
RAYMOND L. MIDDLETON,
JEAN HOWARD
AND JOLLY R. JACINTO

It is so Ordered. Dated: Nov 7, '3

_____
United States District Judge

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **LISA WILLIAMS v. ROBERT A. BOWMAN, et al.**

No.: **USDC ED / CIV F-01-6003 REC DLB**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar which member's direction this service is made. I am 18 years of age and older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On December 2, 2003, I served the attached **JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, P.O. Box 944255, Sacramento, California 94244-2550, addressed as follows:

**Michael W. Bien**
**Rosen, Bien & Asaro**
**155 Montgomery Street, 8th Floor**
**San Francisco, CA 94104**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on December 2, 2003, at Sacramento, California.

| N. Hatcher | *(signature)* |
|---|---|
| Declarant | Signature |

10027202.wpd

```
                              jh
```

United States District Court
for the
Eastern District of California
December 4, 2003


\* \* CERTIFICATE OF SERVICE \* \*


1:01-cv-06003


Williams

   v.

Bowman

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on  December 4, 2003, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.


      Michael W Bien                       REC DLB
      Rosen Bien and Asaro
      155 Montgomery Street
      Eighth Floor
      San Francisco, CA   94104

      Donald Specter
      Prison Law Office
      General Delivery
      San Quentin, CA   94964

      Robert Navarro
      Law Office of Robert Navarro
      P O Box 8493
      Fresno, CA   93747

      Paul Arvin Bernardino
      Attorney General's Office of the State of California
      PO Box 944255
      1300 I Street
      Suite 125
      Sacramento, CA   94244

      Alicia M B Fowler
      Attorney General's Office for the State of California
      PO Box 944255

1300 I Street
Suite 125
Sacramento, CA  94244-2550

Jack L. Wagner, Clerk

BY: _____
    Deputy Clerk